CLERK, U.S. DISTRICT COURT
SEP 15 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed ✓
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

1 STEVEN G. ROSALES
ATTORNEY AT LAW 222224
2 LAW OFFICES OF LAWRENCE D. ROHLFING
12631 EAST IMPERIAL HIGHWAY, SUITE C-115
3 SANTA FE SPRINGS, CALIFORNIA 90670-4712

4 TEL: 562/868-5886
FAX: 562/868-5491
5 E-MAIL: rohlfing_office@msn.com

6 Attorney for plaintiff

7

8

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEGGIE WELT, | Case No.: CV 08-2314 E |
| Plaintiff, | ~~(PROPOSED)~~ ORDER |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner Social Security, | |
| Defendant | |

TO THE HONORABLE CHARLES F. EICK, MAGISTRATE JUDGE OF THE DISTRICT COURT:

///

///

///

///

///

-1-

1     IT IS HEREBY ORDERED, based on the stipulation by and between the
2 parties, through their respective counsel, that the court dismisses the above matter
3 without prejudice. Each side to bear her own costs and expenses, including but not
4 limited to attorney's fees.

7     IT IS SO ORDERED.
8 DATE: 9/15/08

                                    THE HONORABLE CHARLES F. EICK
                                    UNITED STATES MAGISTRATE JUDGE